FILED

2018 MAY 23 PM 4: 29

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | JUDGE PEARSON |
| v. | ) | CASE NO. 1:18 CR 246 |
| | ) | Title 21, Sections 841(a)(1), |
| AARON REELS, | ) | (b)(1)(B), and (b)(1)(C), United |
| | ) | States Code |
| Defendant. | ) | |

COUNT 1
(Possession with Intent to Distribute Heroin, in violation of Title 21, Section 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about April 24, 2018, in the Northern District of Ohio, Eastern Division, Defendant AARON REELS did knowingly and intentionally possess with intent to distribute approximately 319.65 grams of a mixture or substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with Intent to Distribute Heroin and Fentanyl, in violation of Title 21, Section 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

2. On or about April 24, 2018, in the Northern District of Ohio, Eastern Division, Defendant AARON REELS did knowingly and intentionally possess with intent to distribute

approximately 200.48 grams of a mixture or substance containing heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 3
(Possession with Intent to Distribute Cocaine, in violation of Title 21, Section 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

3. On or about April 24, 2018, in the Northern District of Ohio, Eastern Division, Defendant AARON REELS did knowingly and intentionally possess with intent to distribute approximately 138.58 grams of a mixture or substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the allegations of Counts 1 through 3, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant AARON REELS shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.